428 A.2d 254

Prudential Insurance of America v. Carelli et al.

Appeal of American Bank and Trust Co.

Argued December 4, 1979. Anthony R. Thompson, for appellant; Norman Seidel, for appellees.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

This is an appeal from an order dismissing exceptions to a sheriff's schedule of distribution. The court below has written a thorough opinion setting forth all the issues and the law. We, therefore, affirm on the able opinion of Judge Mellenberg.

Order affirmed.